■ In the Matter of JULIUS A. PISTOCCO, Appellant, v. HOWARD G. WILSON et al., Constituting the Civil Service Commission of Nassau County, Respondents. — In a proceeding under article 78 of the Civil Practice Act to annul a determination of the Civil Service Commission of Nassau County, refusing to certify petitioner as eligible for appointment to the position of Patrolman in the Police Department of that county, the petitioner appeals from an order of the Supreme Court, Nassau County, dated November 22, 1961, which sustained the commission's objection in point of law (set forth in its answer) that the proceeding was not timely commenced as prescribed by statute (Civ. Prac. Act, § 1286) and which dismissed the petition. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of R. & S. REALTY Co., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— In a proceeding pursuant to article 78 of the Civil Practice Act, to review and annul a determination of the State Rent Administrator, which denied an application by petitioner-landlord, pursuant to the State Rent and Eviction Regulations (§ 33, subd. 5), for a rent increase based upon the purchase price of the subject property, petitioner appeals from an order of the Supreme Court, Kings County, dated and entered July 13, 1961 upon the decision of the court (29 Misc 2d 931), which denied its petition and dismissed the proceeding. Order reversed on the law, with costs, determination annulled, and matter remitted to the State Rent Administrator for further proceedings not inconsistent herewith. The Rent Administrator's refusal to consider the "expert appraisal testimony" and the listings of other property similar to the subject property, offered by petitioner in support of its contention that the purchase price should be accepted as a basis for a rent increase, was erroneous (*Matter of Weiss* v. *Herman*, 16 A D 2d 432). Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of WALTER T. RANSBURG et al., Appellants, v. S. ROBERT PUTTERMAN, as Temporary Village Clerk et al., Respondents.— In a proceeding under the Election Law to review and annul a determination of the respondent Village Clerk, which invalidated petitioners' nominating petitions for village offices of the newly created Village of Atlantic Beach, the petitioners appeal from an order of the Supreme Court, Nassau County, dated June 15, 1962, which denied their application: (1) to annul said determination and to validate their petitions; or (2) to invalidate respondents' nominating petitions for said offices; or (3) to annul the notice of election. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.